JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 10 2005

FILED
CLERK'S OFFICE

***DOCKET NO. 1629***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-9)***

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

**SCHEDULE CTO-9 - TAG-ALONG ACTIONS**
**DOCKET NO. 1629**
**IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS**
**LIABILITY LITIGATION**

DIST. DIV. C.A. #            CASE CAPTION

CONNECTICUT
    CT   3  04-1963          Louise C. Wilson, et al. v. Pfizer, Inc., et al.

KANSAS
    KS   5  05-4012          Brenda Cunningham, etc. v. Pfizer Inc., et al.

MISSISSIPPI SOUTHERN
    MSS 3  04-722            Keith Coleman v. Pfizer, Inc.
    MSS 3  04-723            Deborah K. Fish v. Pfizer, Inc.

OREGON
    OR   3  05-604           Teresa E. Teater v. Pfizer, Inc., et al.         Opposed 6/28/05

TEXAS NORTHERN
    TXN 3  05-1013           Steven Alexander v. Pfizer, Inc., et al.

EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:04-cv-01963-JCH

Wilson et al v. Pfizer Inc. et al

Assigned to: Judge Janet C. Hall

Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/19/2004

Jury Demand: None

Nature of Suit: 365 Personal Inj. Prod. Liability

Jurisdiction: Diversity

**Plaintiff**

**Louise C. Wilson**

represented by **J. Christopher Kervick**
100 Paul Drive, PO Box 875
Windsor Locks, CT 06096
860-627-0151
Fax: 860-627-8536
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert F. Wilson**

represented by **J. Christopher Kervick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

represented by **John Gerard Stretton**
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901
203-353-6844
Fax: 800-232-0862
Email: jstretton@edwardsangell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Zaken**
Edwards & Angell
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901

203-353-6819
Fax: 888-325-1667
Email: mzaken@edwardsangell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**                 represented by **John Gerard Stretton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Zaken**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert**              represented by **John Gerard Stretton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Zaken**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2004 | 1 | NOTICE OF REMOVAL from Superior Court for Judicial District of Hartford Filing fee $ 150 receipt number B009187, filed by Parke-Davis, Pfizer Inc., Warner-Lambert.(Wiggins, M.) (Entered: 11/24/2004) |
| 11/19/2004 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 2/19/05. Amended Pleadings due by 1/18/2005. Discovery due by 5/21/2005. Dispositive Motions due by 6/20/2005. Signed by Clerk on 11/19/04. (Wiggins, M.) (Entered: 11/24/2004) |
| 11/19/2004 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Janet C. Hall on 11/19/04. (Wiggins, M.) (Entered: 11/24/2004) |
| 11/19/2004 | 4 | NOTICE of Appearance by John Gerard Stretton on behalf of Parke-Davis, Pfizer Inc., Warner-Lambert (Wiggins, M.) (Entered: 11/24/2004) |
| 11/29/2004 | 5 | First MOTION for Extension of Time to respond to Complaint until 12/31/2004 by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 11/29/2004) |
| 11/30/2004 | 6 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE.ORDER Ordered Accordingly 5 Motion for |

| | | |
|---|---|---|
| | | Extension of Time to 12/31/2004 to respond to 1 Complaint contained in Notice of Removal . Signed by Clerk on 11/30/2004. (Sanders, C.) (Entered: 11/30/2004) |
| 11/30/2004 | | Answer updated for Parke-Davis to 12/31/2004; Pfizer Inc. to 12/31/2004; Warner-Lambert to 12/31/2004. (Sanders, C.) (Entered: 11/30/2004) |
| 12/17/2004 | 7 | Second MOTION for Extension of Time until 1/31/05 to Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/17/2004) |
| 12/21/2004 | 8 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying for failure to state good cause 7 Motion for Extension of Time until 1/31/05 to respond to complaint . Signed by Judge Janet C. Hall on 12/21/04. (Boroskey, C.) (Entered: 12/21/2004) |
| 12/21/2004 | 9 | Second MOTION for Extension of Time until 1/30/2005 to Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/21/2004) |
| 12/21/2004 | 10 | NOTICE of Appearance by Marc L. Zaken on behalf of Parke-Davis, Pfizer Inc., Warner-Lambert (Zaken, Marc) (Entered: 12/21/2004) |
| 12/23/2004 | 11 | MOTION for Extension of Time until January 31, 2005 to Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/23/2004) |
| 12/27/2004 | 12 | ORDER granting 9 Motion for Extension of Time to 1/30/05 to respond to the complaint. There will be no further extensions . Signed by Judge Janet C. Hall on 12/27/04. (Boroskey, C.) (Entered: 12/27/2004) |
| 12/27/2004 | | Answer deadline updated for Parke-Davis to 1/30/2005; Pfizer Inc. to 1/30/2005; Warner-Lambert to 1/30/2005. (Boroskey, C.) (Entered: 12/27/2004) |
| 12/27/2004 | 13 | ORDER denying as moot 11 Motion for Extension of Time (see document #9). Signed by Judge Janet C. Hall on 12/27/04. (Boroskey, C.) (Entered: 12/27/2004) |
| 01/11/2005 | 14 | NOTICE of Appearance by J. Christopher Kervick on behalf of Louise C. Wilson, Robert F. Wilson (Baldwin, S.) (Entered: 01/11/2005) |
| 01/20/2005 | 15 | REPORT of Rule 26(f) Planning Meeting. (Sanders, C.) (Entered: 01/24/2005) |
| 01/28/2005 | 16 | ANSWER to Complaint with Affirmative Defenses by Parke-Davis, Pfizer Inc., Warner-Lambert.(Stretton, John) (Entered: 01/28/2005) |
| 01/28/2005 | 17 | ORDER So Ordered re 15 Report of Rule 26(f) Planning Meeting Discovery due by 10/1/2005. Dispositive Motions due by 11/1/2005.. Signed by Judge Janet C. Hall on 1/26/2005. (Sanders, C.) (Entered: 01/31/2005) |

| 05/12/2005 | 18 | MOTION to Compel by Warner-Lambert, Pfizer Inc., Parke-Davis.Responses due by 6/2/2005 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Zaken, Marc) (Entered: 05/12/2005) |
| 06/10/2005 | 19 | Corporate Disclosure Statement *of Interested Persons Pursuant to Federal Rule of Civ. Proc. 7.1* by Warner-Lambert, Pfizer Inc., Parke-Davis. (Stretton, John) (Entered: 06/10/2005) |

## PACER Service Center

### Transaction Receipt

07/15/2005 10:56:56

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:04-cv-01963-JCH |
| Billable Pages: | 2 | Cost: | 0.16 |