JB

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. (203) 579-5861

www.ctd.uscourts.gov

2005 JUL 25 A 11: 45

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE

July 25, 2005

## NOTICE OF TRANSFER OF E-FILED CASE

United States District Court
District Of Massachusetts, Office Of The Clerk
1 Courthouse Way
Boston, Massachusetts, 02210

Re:   Louise C. Wilson, etal v Pfizer Inc, etal
Civil Docket No.  3:04cv1963(JCH)

The above-captioned case has been transferred to your court pursuant to an order entered on July 22, 2005. For reference, please note the following:

[✘]   Case was designated as an electronically filed case and the file is in electronic format unless otherwise noted below. You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

[✘]   Original documents not otherwise filed electronically

[✘]   Certified copy of the electronic docket sheet

[✘]   Copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents. Please complete the acknowledgment and return it to this office.

Sincerely,

Kevin F. Rowe, Clerk
By

Carol Sanders
Deputy Clerk

CLOSED, EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:04-cv-01963-JCH

| | |
|---|---|
| Wilson et al v. Pfizer Inc. et al | Date Filed: 11/19/2004 |
| Assigned to: Judge Janet C. Hall | Jury Demand: None |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Louise C. Wilson**    represented by    **J. Christopher Kervick**
100 Paul Drive, PO Box 875
Windsor Locks, CT 06096
860-627-0151
Fax: 860-627-8536
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert F. Wilson**    represented by    **J. Christopher Kervick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**    represented by    **John Gerard Stretton**
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901
203-353-6844
Fax: 800-232-0862
Email:

jstretton@edwardsangell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc L. Zaken**
Edwards & Angell
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901
203-353-6819
Fax: 888-325-1667
Email: mzaken@edwardsangell.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**              represented by   **John Gerard Stretton**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Marc L. Zaken**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert**           represented by   **John Gerard Stretton**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Marc L. Zaken**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2004 | 1 | NOTICE OF REMOVAL from Superior Court for Judicial District of Hartford Filing fee $ 150 receipt number B009187, filed by Parke-Davis, Pfizer Inc., Warner-Lambert.(Wiggins, M.) (Entered: 11/24/2004) |

| | | |
|---|---|---|
| 11/19/2004 | 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 2/19/05. Amended Pleadings due by 1/18/2005. Discovery due by 5/21/2005. Dispositive Motions due by 6/20/2005. Signed by Clerk on 11/19/04. (Wiggins, M.) (Entered: 11/24/2004) |
| 11/19/2004 | 3 | ELECTRONIC FILING ORDER. Signed by Judge Janet C. Hall on 11/19/04. (Wiggins, M.) (Entered: 11/24/2004) |
| 11/19/2004 | 4 | NOTICE of Appearance by John Gerard Stretton on behalf of Parke-Davis, Pfizer Inc., Warner-Lambert (Wiggins, M.) (Entered: 11/24/2004) |
| 11/29/2004 | 5 | First MOTION for Extension of Time to respond to Complaint until 12/31/2004 by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 11/29/2004) |
| 11/30/2004 | 6 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE.ORDER Ordered Accordingly 5 Motion for Extension of Time to 12/31/2004 to respond to 1 Complaint contained in Notice of Removal . Signed by Clerk on 11/30/2004. (Sanders, C.) (Entered: 11/30/2004) |
| 11/30/2004 | | Answer updated for Parke-Davis to 12/31/2004; Pfizer Inc. to 12/31/2004; Warner-Lambert to 12/31/2004. (Sanders, C.) (Entered: 11/30/2004) |
| 12/17/2004 | 7 | Second MOTION for Extension of Time until 1/31/05 *to* Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/17/2004) |
| 12/21/2004 | 8 | NOTICE OF ELECTRONIC ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER denying for failure to state good cause 7 Motion for Extension of Time until 1/31/05 to respond to complaint . Signed by Judge Janet C. Hall on 12/21/04. (Boroskey, C.) (Entered: 12/21/2004) |
| 12/21/2004 | 9 | Second MOTION for Extension of Time until 1/30/2005 to Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/21/2004) |
| 12/21/2004 | 10 | NOTICE of Appearance by Marc L. Zaken on behalf of Parke-Davis, Pfizer Inc., Warner-Lambert (Zaken, Marc) |

| | | |
|---|---|---|
| | | (Entered: 12/21/2004) |
| 12/23/2004 | 11 | MOTION for Extension of Time until January 31, 2005 to Respond to the Complaint by Parke-Davis, Pfizer Inc., Warner-Lambert. (Stretton, John) (Entered: 12/23/2004) |
| 12/27/2004 | 12 | ORDER granting 9 Motion for Extension of Time to 1/30/05 to respond to the complaint. There will be no further extensions . Signed by Judge Janet C. Hall on 12/27/04. (Boroskey, C.) (Entered: 12/27/2004) |
| 12/27/2004 | | Answer deadline updated for Parke-Davis to 1/30/2005; Pfizer Inc. to 1/30/2005; Warner-Lambert to 1/30/2005. (Boroskey, C.) (Entered: 12/27/2004) |
| 12/27/2004 | 13 | ORDER denying as moot 11 Motion for Extension of Time (see document #9). Signed by Judge Janet C. Hall on 12/27/04. (Boroskey, C.) (Entered: 12/27/2004) |
| 01/11/2005 | 14 | NOTICE of Appearance by J. Christopher Kervick on behalf of Louise C. Wilson, Robert F. Wilson (Baldwin, S.) (Entered: 01/11/2005) |
| 01/20/2005 | 15 | REPORT of Rule 26(f) Planning Meeting. (Sanders, C.) (Entered: 01/24/2005) |
| 01/28/2005 | 16 | ANSWER to Complaint with Affirmative Defenses by Parke-Davis, Pfizer Inc., Warner-Lambert.(Stretton, John) (Entered: 01/28/2005) |
| 01/28/2005 | 17 | ORDER So Ordered re 15 Report of Rule 26(f) Planning Meeting Discovery due by 10/1/2005. Dispositive Motions due by 11/1/2005.. Signed by Judge Janet C. Hall on 1/26/2005. (Sanders, C.) (Entered: 01/31/2005) |
| 05/12/2005 | 18 | MOTION to Compel by Warner-Lambert, Pfizer Inc., Parke-Davis.Responses due by 6/2/2005 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Zaken, Marc) (Entered: 05/12/2005) |
| 06/10/2005 | 19 | Corporate Disclosure Statement *of Interested Persons Pursuant to Federal Rule of Civ. Proc. 7.1* by Warner-Lambert, Pfizer Inc., Parke-Davis. (Stretton, John) (Entered: 06/10/2005) |

| | | |
|---|---|---|
| 07/21/2005 | 20 | ORDER granting 18 Motion to Compel; Costs awarded in amount of $250.00 . Signed by Judge Janet C. Hall on 7/21/05. (Boroskey, C.) (Entered: 07/21/2005) |
| 07/22/2005 | 21 | Conditional Transfer ORDER. Case transferred to District of Massachusetts . Signed by Michael J. Beck, Clerk on 6/28/05. (Sanders, C.) (Entered: 07/25/2005) |
| 07/25/2005 | 22 | Case transfered to the District of Massachusetts. Original file, certified copies of docket sheet and Order of Transfer sent. (Sanders, C.) (Entered: 07/25/2005) |
| 07/25/2005 | 23 | NOTICE Of Transfer Of E-Filed Case . Signed by Clerk on 7/25/05. (Sanders, C.) (Entered: 07/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/28/2005 15:52:55 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:04-cv-01963-JCH |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |